1074

THE STATE OF WASHINGTON, *Respondent*, v. JOHN POPE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–02749–8, James A. Noe, J., entered January 27, 1987. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. SHARON ANN BAKER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87–1–03614–2, Shannon Wetherall, J., entered November 16, 1987. *Dismissed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. ROY LEE LINDSEY, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 87–1–00696–1, James J. Dore, J., entered August 20, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman, A.C.J., and Swanson, J.

THE STATE OF WASHINGTON, *Respondent*, v. RANDY WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–03734–5, Mary Wicks Brucker, J., entered May 13, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.